No. 10–5456. EWART *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 10–5457. CALHOUN *v.* RICHARDS. C. A. 9th Cir. Certiorari denied.

No. 10–5458. CHEATHAM *v.* COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–5459. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5460. MARTINEZ, AKA SUAREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–5461. WONG *v.* SAN MARTIN ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–5462. TEAGUE *v.* NORTH CAROLINA DEPARTMENT OF TRANSPORTATION. Sup. Ct. N. C. Certiorari denied.

No. 10–5463. COOPMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5465. PAGE *v.* PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 10–5466. OCASIO *v.* GREENE ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–5468. WHITE HORSE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5469. WASHINGTON *v.* ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5470. BARAJAS NAVARRO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5471. MCKENZIE *v.* BROWN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5472. MARTINEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5473. ROARK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.